19-CV-907-KD-M

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

Shawatto Watts
Plaintiff,

vs.

Civil Action No. 420-2019-01031

SMP Automotive
Defendant(s)

## COMPLAINT

1. Plaintiff resides at 712 3rd Ave Selma, Ala. 36701
2. Name(s) of defendant(s) SMP Automotive
3. Location of principal office(s) of the named defendant(s) 420 North 20th Street Suite 3400 Birmingham, Alabama 35203

4. Nature of business of defendant(s) Automotive (Mercedes Benz Supplier)

5. Approximate number of individuals employed by defendant(s) 500 or more

6. The acts complained of in this suit concern:

   (A) _____ Failure to employ me.

   (B) ✓ Termination of my employment.

   (C) _____ Failure to promote me.

   (D) _____ Other acts as specified below: _____

Rev. 8/2015

7. Plaintiff is:

   (A) \_\_\_\_ Presently employed by the defendant.

   (B) ✓ Not presently employed by the defendant.

   The dates of employment were Oct. 2017 - Feb. 22, 2018

   (1) \_\_\_\_ Plaintiff was discharged.

   (2) \_\_\_\_ Plaintiff was laid off.

   (3) \_\_\_\_ Plaintiff left the job voluntarily.

8. Defendant(s) discriminated against me on account of my:

   (A) ✓ Race         \_\_\_\_ Sex

       ✓ Color        \_\_\_\_ National Origin

       \_\_\_\_ Religion

   Therefore, I am bringing this action for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, specifically, 42 U.S.C. § 2000e-5.

   (B) \_\_\_\_ Physical disability

       \_\_\_\_ Mental disability

   Therefore, I am bringing this action pursuant to the American with Disabilities Act, specifically, 42 U.S.C. § 12117.

   (C) \_\_\_\_ Age

   Therefore, I am bringing this action pursuant to the Age Discrimination in Employment Act of 1967, specifically, 29 U.S.C. § 626.

9. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Steven Moore

10. The alleged discrimination occurred on or about February 22, 2018

11. The nature of my complaint, i.e., the manner in which the individual(s) named above

discriminated against me in terms of the conditions of my employment, is as follows: Steven Moore, SMP Supervisor, Told Team Solution and North America Onsite To get rid of Me (Shawalto Watts) and Get him a white guy and they did just that

12. The alleged illegal activity took place at   SMP

13. I filed charges with the Equal Employment Opportunity Commission regarding alleged discriminatory conduct by defendant(s) on or about   April 1, 2018

I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____

14. I seek the following relief:

(A) _____ Recovery of back pay.

(B) ✓ Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Date: October 27, 2019

Shawalto Watts
Signature of Plaintiff

712 3rd Ave Selma, Ala. 36701
Address of Plaintiff

(334) 505-3110
Telephone Number of Plaintiff

[Notary seal: JOSEPH CHILDERS, NOTARY PUBLIC, ALABAMA STATE AT LARGE]

MCG 11/8/21

EEOC Form 161 (11/16)    **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| To: | **Shawalto M. Watts**<br>712 3RD AVE<br>Selma, AL 36701 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 420-2019-01031 | **GLENDA BROWN-WADE,**<br>EO Investigator | (205) 212-2056 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____    OCT - 2 2019

Enclosures(s)    **BRADLEY A. ANDERSON,**    *(Date Mailed)*
District Director

cc: **SMP**
**%Ronald D. Scott Williams, Attorney**
**420 North 20th Street, Suite 3400**
**Birmingham, AL 35203**

Shawatto Watts
712 3Rd Ave.
Selma, Alabama
36701



US District Court
Southern District

113 St. Joseph St.
Mobile, Ala. 36602